CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

STEVE K. WASSERMAN (Bar No. 58573)
skw@wassermanlawgroup.com
KARIN R. LEAVITT (Bar No. 199030)
krl@wassermanlawgroup.com
WASSERMAN LAW GROUP
5567 Reseda Boulevard, Suite 330
Tarzana, California 91356
Telephone: (818) 705-6800
Facsimile: (818) 705-8926
Attorneys for Defendant
Notivel Enterprises, Inc.

Law Offices of Stephen Abraham
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366
Attorney for Defendants Blake Megdal;
Taylor Megdal; Megdal Monrovia,
LLC; Northern California Investors III, LLC,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br> v. <br><br> BLAKE MEGDAL; TAYLOR MEGDAL; MEGDAL MONROVIA, LLC, a California Limited Liability Company; NORTHERN CALIFORNIA INVESTORS III, LLC, a California Limited Liability Company; NOTIVEL ENTERPRISES, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 2:18-CV-07615-AS <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 14, 2018        CENTER FOR DISABILITY ACCESS

                                                     By: /s/ Phyl Grace
                                                            Phyl Grace
                                                            Attorneys for Plaintiff

Dated: November 14, 2018        WASSERMAN LAW GROUP

                                                   By: /s/ Karin R. Leavitt
                                                             Karin R. Leavitt
                                                            Attorney for Defendant
                                                            Notivel Enterprises, Inc.

Dated: November 14, 2018        LAW OFFICES OF STEPHEN ABRAHAM

                                                 By: /s/ Stephen E. Abraham
                                                            Stephen E. Abraham
                                                            Attorney for Defendants
                                                            Blake Megdal; Taylor Megdal;
                                                            Megdal Monrovia, LLC; Northern
                                                            California Investors III, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Karin R. Leavitt and Stephen E. Abraham, counsel for Notivel Enterprises, Inc. and Megdal; Taylor Megdal; Megdal Monrovia, LLC; Northern California Investors III, LLC, respectively, and that I have obtained Ms. Leavitt's and Mr. Abraham's authorization to affix their electronic signature to this document.

Dated: November 14, 2018        CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff